[Nos. 38783-9-I; 38784-7-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON
EDWARD WEAVER, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 95-1-06169-5, 96-1-00256-5, James A. Noe, J.,
entered May 13, 1996. *Reversed* by unpublished per curiam
opinion.

[No. 38887-8-I.    Division One.    October 13, 1997.]

STACEY MARTINEZ, *Respondent*, v. DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Ska-
git County, No. 96-7-00001-0, Stanley K. Bruhn, J., entered
July 1, 1996. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Kennedy, A.C.J., and Web-
ster, J.

[No. 38889-4-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONEL
BAUSTISTA MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-08680-9, Richard A. Jones, J., entered
May 24, 1995. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Becker and Ellington, JJ.